**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>District of Puerto Rico | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DIRECT RESPONSOURCE, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DIRECT RESPONSE, INC.**<br>**DRS** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **66-0535195** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1660 AVE. FERNANDEZ JUNCOS**<br>**SAN JUAN, PR**<br>ZIPCODE **00909** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**San Juan** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**PO BOX 12130**<br>**SAN JUAN, PR**<br>ZIPCODE **00914-0130** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1660 AVE. FERNANDEZ JUNCOS, SAN JUAN, PR**<br>ZIPCODE **00909** | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| **Chapter 15 Debtor**<br>Country of debtor's center of main interests: _____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____ | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **DIRECT RESPONSOURCE, INC.** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)                          Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)  (04/13)                                                                                                                           Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**DIRECT RESPONSOURCE, INC.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X */s/ Gerardo A. Carlo Altieri*
Signature of Attorney for Debtor(s)

**Gerardo A. Carlo Altieri 112009**
**G.A. Carlo-Altieri & Associates**
**254 Calle De San Jose, Third Floor**
**San Juan, PR  00901**
**(787) 919-0026  Fax: (787) 919-0527**
**gaclegal@gmail.com**

**October  3, 2014**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ MANUEL A. CASIANO ASENCIO*
Signature of Authorized Individual

**MANUEL A. CASIANO ASENCIO**
Printed Name of Authorized Individual

**CHAIRMAN & CEO**
Title of Authorized Individual

**October  3, 2014**
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Direct
ResponSource**

## CORPORATE RESOLUTION

I, Nora Casiano, of legal age, married, Secretary of Direct ResponSource, Inc. and resident of San Juan, Puerto Rico, DO HEREBY CERTIFY that:

1. At a meeting celebrated on September 16, 2014 the Board of Directors of Direct ResponSource Inc, agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.
2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.
3. That at the meeting of shareholders celebrated on the same date, the filing for bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved.
4. That it was also agreed that the services of Attorney Gerardo Carlo Altieri would be retained for such purposes.
5. That it was also agreed that Manuel A. Casiano President, will be the person authorized to signed the Petition, Schedules and Statement of Financial Affairs, and any other documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the 3rd day of October, 2014.

By: NORA A. CASIANO

Nora Casiano, Secretary.

Affidavit No. 1031

Sworn and signed before me by Nora Casiano of legal age, married, Secretary of Direct ResponSource, Inc., and from the vicinity of San Juan, Puerto Rico, who is personally known to me.
Today, the 3rd day of October, 2014; at San Juan, Puerto Rico.

Notary Public

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:

Case No. _____

**DIRECT RESPONSOURCE, INC.**

Chapter **11**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **BANCO DE DESARROLLO ECONOMICO DE PR**<br>**PO BOX 2134**<br>**SAN JUAN, PR 00922-2134** | | | | **7,817,172.00**<br>**Collateral:**<br>**7,000,000.00**<br>**Unsecured:**<br>**1,023,039.68** |
| **PUERTO RICO DEPARTMENT OF LABOR**<br>**Legal Division**<br>**PO BOX 195540**<br>**SAN JUAN, PR 00919-5540** | | | | **210,645.00** |
| **INTERNAL REVENUE SERVICE**<br>**Bankruptcy Division**<br>**CITY VIEW PLAZA II Bldg. #48, CARR 165**<br>**GUAYNABO, PR 00968-8000** | | | | **157,559.00** |
| **CRIM**<br>**PO BOX 195387**<br>**SAN JUAN, PR 00919-5387** | | | | **126,296.00** |
| **SECURITY GUARD AFFAIRS, CORP.**<br>**PO BOX 3512**<br>**CAROLINA, PR 00984** | **(787) 638-3371** | | | **94,142.00** |
| **AT&T MOBILITY**<br>**PO BOX 70261**<br>**SAN JUAN, PR 00936-8261** | **1(866) 930-0221** | | | **86,955.00** |
| **AUTORIDAD DE ENERGIA ELECTRICA**<br>**BANKRUPTCY DIV.**<br>**PO BOX 36358**<br>**SAN JUAN, PR 00936-3508** | **(787) 521-3434** | | | **70,924.00** |
| **PUERTO RICO DEPARTMENT OF TREASURY**<br>**Bankruptcy Division**<br>**PO BOX 9024140**<br>**SAN JUAN, PR 00902-4140** | | | | **39,031.00** |
| **ASPECT SOFTWARE CARIBBEAN, INC.**<br>**CORPORATE OFFICE BLDG 33 SUITE 602**<br>**SAN JUAN, PR 00920-2707** | | | | **35,517.00** |
| **BANCO POPULAR DE PR**<br>**PO BOX 362708**<br>**SAN JUAN, PR 00936-2708** | | | | **30,676.00** |
| **HORWARTH VELEZ & CO.**<br>**100 CARRETERA 165 SUITE 410**<br>**GUAYNABO, PR 00968-8051** | | | | **29,750.00** |
| **SAN JUAN MUNICIPALITY**<br>**P.O. Box 4355**<br>**SAN JUAN, PR 00901** | | | | **24,728.00** |

| | | |
|---|---|---|
| **SOFTEK**<br>**650 MUNOZ RIVERA AVE SUITE 601**<br>**SAN JUAN, PR  00918** | **(787) 754-0400** | **21,352.00** |
| **NEXTAR DIGICEL COMPANY**<br>**17 PONCE ST**<br>**SAN JUAN, PR  00917** | **(787) 765-0058** | **16,544.00** |
| **ATLANTIC FACILITIES SERVICES**<br>**PO BOX 194673**<br>**SAN JUAN, PR  00919-4673** | **(787) 485-8873** | **7,902.00** |
| **INTEGRADE NETWORK GROUP CORP.**<br>**PMB 896 AVE WINSTON CHURCHIL 138**<br>**SAN JUAN, PR  00926-6013** | **(787) 292-8544** | **6,440.00** |
| **BANCO POPULAR DE PR**<br>**CREDIT CARD DIV**<br>**PO BOX 363228**<br>**SAN JUAN, PR  00936-3228** | | **5,320.00** |
| **LUIS A. ZAPATA FLORES**<br>**URB VILLAS DE CANDELERO 125 CALLE ZORZAL**<br>**HUMACAO, PR  00976** | **(787) 249-1371** | **5,000.00** |
| **BIRD, BIRD & HESTRESS**<br>**PO BOX 9024040**<br>**SAN JUAN, PR  00902-4040** | | **4,950.00** |
| **TRIPLE-S SALUD, INC.**<br>**PO BOX 363628**<br>**SAN JUAN, PR  00936-3628** | **(787) 749-4949** | **4,507.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **October  3, 2014**                    Signature:  ***/s/ MANUEL A. CASIANO ASENCIO***

**MANUEL A. CASIANO ASENCIO, CHAIRMAN & CEO**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6 Summary (Official Form 6 - Summary) (12/13)**

## United States Bankruptcy Court
### District of Puerto Rico

IN RE:                                                                    Case No. _____

**DIRECT RESPONSOURCE, INC.** _____    Chapter **11** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | $ 7,000,000.00 | | |
| B - Personal Property | Yes | 4 | $ 1,687,169.54 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 8,064,159.19 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 34 | | $ 424,474.75 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 659,277.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 51 | $ 8,687,169.54 | $ 9,147,910.94 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07)**

IN RE **DIRECT RESPONSOURCE, INC.** _____ Case No. _____
Debtor(s)                                                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **REAL PROPERTY A** **LOCATED AT 1080 AVE FERNANDEZ JUNCOS, SAN JUAN, PR** **URBAN: LOT OF LAND LOCATED AT THE SOUTH PART OF SANTURCE, WITH AN AREA OF 738.20 SQUARE METERS WITH A 2 STORY CONCRETE HOUSE.** **CONNECTS WITH MANUEL FERNANDEZ JUNCOS AVENUE ON THE NORTH, WITH THE LOTS OWNED BY MANUEL GENOVENO S. ARTEAGA AND SATURNINA QUVERTIER BY THE EAST, AND WITH LOT OF LAND OWNED BY ISABEL ACUNA AYBAR BY THE SOUTH AND WEST.** **THE PROPERTY IS REGISTERED IN SECTION FIRST OF THE REAL PROPERTY REGISTRY OF PUERTO RICO IN 133 FOLIO, VOLUME 224 OF SANTURCE SUR, LOT 1080 CADASTRE NUMBER 040-090-148-01. ACCORDING TO THE LOAN AGREEMENT SIGNED ON 11/27/2013 WITH THE BANCO DE DESAROLLO ECONOMICO, A MORTGAGE NOTE CREATING A LIEN OVER THIS PROPERTY WAS ISSUED BY THE DEBTOR FOR THE BENEFIT OF THIS CREDITOR IN THE AMOUNT OF $2,503,3330.00.** | **Fee Simple** | | 2,068,182.00 | 8,023,039.68 |
| **REAL PROPERTY B** **LOCATED AT 3157 AVE FERNANDEZ JUNCOS, SAN JUAN, PR** **URBAN: LOT OF LAND LOCATED AT THE SOUTH PART OF SANTURCE, WITH AN AREA OF 703.68 SQUARE METERS** **CONNECTS ON THE NORTH SIDE WITH CARRETERA SUR; ON THE SOUTH SIDE, CONNECTS WITH THE PROPERTY OF GUILLERMETY SUCESION; ON THE EAST SIDE, WITH THE PROPERTY OWNED BY HERNANDEZ Y HERMANOS; AND ON THE WEST SIDE WITH A CATHOLIC CHURCH OF PUERTO RICO.** **THE PROPERTY IS REGISTERED IN SECTION FIRST OF THE REAL PROPERTY REGISTRY OF PUERTO RICO IN FOLIO NUMBER 52, VOLUME 55 OF SANTURCE SUR, LOT 3157 CADASTRE NUMBER 040-080-145-01-001** **ACCORDING TO THE LOAN AGREEMENT SIGNED ON 11/27/2013 WITH THE BANCO DE DESAROLLO ECONOMICO, A** | **Fee Simple** | | 1,431,818.00 | 8,023,039.68 |
| | | **TOTAL** | 7,000,000.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07) - Cont.**

**IN RE** DIRECT RESPONSOURCE, INC.

| | |
|---|---|
| Debtor(s) | Case No. _____ |
| | (If known) |

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| MORTGAGE NOTE CREATING A LIEN OVER THIS PROPERTY WAS ISSUED BY THE DEBTOR FOR THE BENEFIT OF THIS CREDITOR IN THE AMOUNT OF $1,211,509.00 | | | | |
| REAL PROPERTY C LOCATED AT 21251 AVE FERNANDEZ JUNCOS, SAN JUAN, PR | Fee Simple | | 1,431,818.00 | 8,023,039.68 |
| URBAN: LOT OF LAND WITH THE FOLLOWING STRUCTURES LOCATED AT THE SOUTH PART OF SANTURCE: A MODIFIED 2  STORY CONCRETE BUILDING WITH A GARAGE DEDICATED FOR HOUSING PURPOSES, ANOTHER 2 STORY CONCRETE BUILDING WITH A GARAGE THAT HAS A GALVANIZED IRON ROOF. THE WHOLE PROPERTY HAS AN AREA OF 1,112.43 SQUARED METERS. | | | | |
| CONNECTS ON THE NORTH SIDE WITH CARRETERA SUR; ON THE SOUTH SIDE, CONNECTS WITH CALLE COLON; ON THE EAST SIDE, WITH MUNOZ RIVERA SCHOOL; AND ON THE WEST SIDE WITH ANDRES HIGUERA. | | | | |
| THE PROPERTY IS REGISTERED IN SECTION FIRST OF THE REAL PROPERTY REGISTRY OF PUERTO RICO IN FOLIO NUMBER 56 VOLUME 368 OF SANTURCE SUR, LOT 21,251 CADASTRE NUMBER 040-080-145-02-001 | | | | |
| ACCORDING TO THE LOAN AGREEMENT SIGNED ON 11/27/2013 WITH THE BANCO DE DESARROLLO ECONOMICO, A MORTGAGE NOTE CREATING A LIEN OVER THIS PROPERTY WAS ISSUED BY THE DEBTOR FOR THE BENEFIT OF THIS CREDITOR IN THE AMOUNT OF $1,894,925.00 | | | | |
| REAL PROPERTY D | Fee Simple | | 2,068,182.00 | 8,064,159.19 |
| URBAN: LOT OF LAND WITH A 2 STORY CONCRETE BUILDING DEDICATED FOR COMMERCIAL PURPOSES, LOCATED AT THE SOUTH PART OF SANTURCE, WITH AN AREA OF 573.76 SQUARE METERS | | | | |
| CONNECTS ON THE NORTH SIDE WITH AVENIDA MANUEL FERNANDEZ JUNCOS; ON THE SOUTH SIDE, CONNECTS WITH EDMUNDO ACUNA ACOSTA; ON THE EAST SIDE, WITH JULIANE VAZQUEZ FEBUS BEFORE AND NOW BLAS TORRENTINI CRUZ; AND ON THE WEST SIDE WITH CALLE LEON M ACUNA, NOW CALLE SAN JORGE. | | | | |
| THE PROPERTY IS REGISTERED IN SECTION FIRST OF THE REAL PROPERTY REGISTRY OF PUERTO RICO IN FOLIO NUMBER 16, VOLUME 188 OF SANTURCE SUR, LOT 1086 CADASTRE NUMBER 040-090-148-02. | | | | |
| ACCORDING TO THE LOAN AGREEMENT SIGNED ON 11/27/2013 WITH THE BANCO DE DESARROLLO ECONOMICO, A MORTGAGE NOTE CREATING A LIEN OVER THIS PROPERTY | | | | |

**B6A (Official Form 6A) (12/07) - Cont.**

**IN RE** **DIRECT RESPONSOURCE, INC.**                                          Case No. _____
_____                                          _____
Debtor(s)                                                                                                    (If known)

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **WAS ISSUED BY THE DEBTOR FOR THE BENEFIT OF THIS CREDITOR IN THE AMOUNT OF $1,966,903.00.** | | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07)**

IN RE **DIRECT RESPONSOURCE, INC.**                                  Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **CASH ON HAND AS OF OCTOBER 3RD, 2014** | | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING - PAYROLL ACCOUNT AT ORIENTAL BANK HATO REY BRANCH PO BOX 364745 SAN JUAN, PR 00936-4745** | | 253.80 |
| | | **CHECKING PAYROLL ACCOUNT NUMBER: 7981693634 ROUTING NUMBER: 221571415** | | |
| | | **CHECKING ACCOUNT AT ORIENTAL BANK HATO REY BRANCH PO BOX 364745 SAN JUAN, PR 00936-4745** | | 89,970.08 |
| | | **CHECKING ACCOUNT NUMBER: 7906326028 ROUTING NUMBER: 221571415** | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **COMPUTER EQUIPMENT AND SOFTWARE ACQUIRED ON 7/1/2011 - SOFTWARE ONE** | | 2,273.73 |
| | | **COMPUTER EQUIPMENT AND SOFTWARE ACQUIRED ON 3/31/2012 - WORLDNET** | | 1,644.93 |
| | | **COMPUTER EQUIPMENT AND SOFTWARE ACQUIRED ON 10/15/2012 - CORTELCO** | | 919.00 |
| | | **COMPUTER EQUIPMENT AND SOFTWARE ACQUIRED ON 8/1/2013 - LUIS ZAPATA DATABASE AND SOFTWARE** | | 4,360.00 |
| | | **COMPUTER EQUIPMENT AND SOFTWARE ACQUIRED ON 11/1/2013 - DVS ANALYTICAL** | | 700.00 |
| | | **COMPUTER EQUIPMENT AND SOFTWARE ACQUIRED ON 11/1/2013 - TIME QUEST TECHNOLOGIES** | | 1,193.00 |
| | | **COMPUTER EQUIPMENT AND SOFTWARE ACQUIRED ON 12/1/2013 - SOFTWARE - SURVEY SYSTEMS** | | 3,385.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07)** – Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                          Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | ACCOUNTS RECEIVABLE - RANGER AMERICAN OF PR, INC. BALANCE AS OF 9-24-2014 | | 200.00 |
| | | ACCOUNTS RECEIVABLE - SAP ANDINA Y DEL CARIBE BALANCE AS OF 9-24-2014 | | 2,288.00 |
| | | ACCOUNTS RECEIVABLE - SOCIOS MAYORES EN SALUD BALANCE AS OF 9-24-2014 | | 6,851.35 |
| | | ACCOUNTS RECEIVABLE - ABBOTT LABORATORIES BALANCE AS OF 9-24-2014 | | 36,987.50 |
| | | ACCOUNTS RECEIVABLE - AMERICAN HEALTH MEDICARE BALANCE AS OF 9-24-2014 | | 1,452.00 |
| | | ACCOUNTS RECEIVABLE - ANDERSON RESEARCH BALANCE AS OF 9-24-2014 | | 28,440.00 |
| | | ACCOUNTS RECEIVABLE - AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS BALANCE AS OF 9-23-2014 | | 142,779.24 |
| | | ACCOUNTS RECEIVABLE - BANCO SANTANDER BALANCE AS OF 9-24-2014 | | 47.94 |
| | | ACCOUNTS RECEIVABLE - BIG DOG SATELITE TV BALANCE AS OF 9-24-2014 | | 21,176.00 |
| | | ACCOUNTS RECEIVABLE - DIRECT TV BALANCE AS OF 9-24-2014 | | 45,493.77 |
| | | ACCOUNTS RECEIVABLE - FORD INTERNATIONAL BALANCE AS OF 9-24-2014 | | 1,000.00 |

**B6B (Official Form 6B) (12/07) – Cont.**

**IN RE** DIRECT RESPONSOURCE, INC.      Case No. _____
        Debtor(s)                         (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **ACCOUNTS RECEIVABLE - INTERPHEX PUERTO RICO BALANCE AS OF 9-24-2014** | | 4,824.00 |
| | | **ACCOUNTS RECEIVABLE - MEDICATION MANAGEMENT BALANCE AS OF 9-24-2014** | | 44,093.05 |
| | | **ACCOUNTS RECEIVABLE - MIRAMAR COMMUNICATIONS BALANCE AS OF 9-24-2014** | | 2,326.00 |
| | | **ACCOUNTS RECEIVABLE - MULTINATIONAL LIFE INSURANCE BALANCE AS OF 9-24-2014** | | 33,265.68 |
| | | **ACCOUNTS RECEIVABLE - ONELINK COMMUNICATIONS BALANCE AS OF 9-24-2014** | | 5,960.00 |
| | | **ACCOUNTS RECEIVABLE - PUERTO RICO FAMILY DEPARTMENT BALANCE AS OF 9-24-2014** | | 6,000.00 |
| | | **ACCOUNTS RECEIVABLE - PUERTO RICO TELEPHONE - CLARO - DRS BALANCE AS OF 9-24-2014** | | 3,638.90 |
| | | **ACCOUNTS RECEIVABLE - RIMCO, INC. BALANCE AS OF 9-24-2014** | | 290.00 |
| | | **ACCOUNTS RECEIVABLE - TLS MANAGEMENT AND MARKETING BALANCE AS OF 9-24-2014** | | 5,132.00 |
| | | **ACCOUNTS RECEIVABLE - TRANSGLOBAL / TACO BALANCE AS OF 9-24-2014** | | 58.13 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **SOFTWARE LICENSES AND PROGRAMS** | | 14,476.18 |

B6B (Official Form 6B) (12/07) – Cont.

**IN RE** DIRECT RESPONSOURCE, INC.                    Case No. _____

Debtor(s)                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Equipment and vehicles** | | **584,675.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **COMPUTER EQUIPMENT** | | **70,742.01** |
| | | **FURNITURE & FIXTURES** | | **234,108.51** |
| | | **DESKS, A/C, SECURITY SYSTEM, ETC.** | | |
| | | **TELEPHONE SYSTEMS** | | **286,164.74** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **1,687,169.54** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/13)**

**IN RE** **DIRECT RESPONSOURCE, INC.** _____    Case No. _____
Debtor(s)                                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

_* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07)**

IN RE **DIRECT RESPONSOURCE, INC.**

Debtor(s)                              Case No. _____

(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BANCO DE DESARROLLO ECONOMICO DE PR<br>PO BOX 2134<br>SAN JUAN, PR  00922-2134 | X | | Commercial loan. Claim incurred on 11/27/2013. Properties subject to lien described in Schedule A, identified as Properties A to D, personal property guarantees, plus secured by real estate not property of the estate located in San Juan, Puerto Rico, and in Winter Park and Orlando, Florida. | | | | 7,817,172.00 | 1,023,039.68 |
| | | | VALUE $ 7,000,000.00 | | | | | |
| ACCOUNT NO. 2054<br><br>BANCO DE DESARROLLO ECONOMICO DE PR<br>PO BOX 2134<br>SAN JUAN, PR  00922-2134 | X | | Commercial loan. Claim incurred on 11/27/2013. Properties subject to lien described in Schedule A, identified as Properties A to D, personal property guarantees, plus secured by real estate not property of the estate located in San Juan, Puerto Rico, and in Winter Park and Orlando, Florida. | | | | 182,081.19 | |
| | | | VALUE $ 7,000,000.00 | | | | | |
| ACCOUNT NO. 0347<br><br>BANCO DE DESARROLLO ECONOMICO DE PR<br>PO BOX 2134<br>SAN JUAN, PR  00922-2134 | X | | Commercial loan. Claim incurred on 11/27/2013. Properties subject to lien described in Schedule A, identified as Properties A to D, personal property guarantees, plus secured by real estate not property of the estate located in San Juan, Puerto Rico, and in Winter Park and Orlando, Florida. | | | | 23,786.49 | |
| | | | VALUE $ 7,000,000.00 | | | | | |
| ACCOUNT NO. 0344<br><br>BANCO DE DESARROLLO ECONOMICO DE PR<br>PO BOX 2134<br>SAN JUAN, PR  00922-2134 | X | | Commercial loan. Claim incurred on 11/27/2013. Loan secured by personal property guarantees. | | | | 41,119.51 | |
| | | | VALUE $ 3,364,486.74 | | | | | |

_____ **0** continuation sheets attached

Subtotal
(Total of this page)     $ **8,064,159.19**   $ **1,023,039.68**

Total
(Use only on last page)     $ **8,064,159.19**   $ **1,023,039.68**

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **DIRECT RESPONSOURCE, INC.**        Case No. _____
_____
        Debtor(s)                                                   (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
     Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
     Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

     * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **33** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.**

Debtor(s)                                                                      Case No. _____

(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____
## Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ALBERTO PEREZ CUSTODIO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **681.50** | **681.50** | |
| ACCOUNT NO.<br>**ALEJANDRA RIVERA BERRIOS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **74.24** | **74.24** | |
| ACCOUNT NO.<br>**ALEXANDRA DE LA CRUZ VARGAS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **188.50** | **188.50** | |
| ACCOUNT NO.<br>**AMY GONZALEZ GONZALEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **949.75** | **949.75** | |
| ACCOUNT NO.<br>**ANA LORENZO GERONIMO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **547.38** | **547.38** | |
| ACCOUNT NO.<br>**ANGEL G. DE JESUS CUEVAS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **217.50** | **217.50** | |

Sheet no. **1** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,658.87** $ **2,658.87** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                    Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____
### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)
_____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ANGEL PACHECO MARRERO** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 406.00 | 406.00 | |
| ACCOUNT NO.<br>**ANGELES ZAMBRANA SANDINI** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 297.25 | 297.25 | |
| ACCOUNT NO.<br>**ANGELICA M. ORTIZ BONILLA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 668.81 | 668.81 | |
| ACCOUNT NO.<br>**ANNA CARRION VEGA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 72.50 | 72.50 | |
| ACCOUNT NO.<br>**ANNA J ROSARIO CARABALLO** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,216.81 | 1,216.81 | |
| ACCOUNT NO.<br>**ANTHONY A. REYES GARCIA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 620.17 | 620.17 | |

Sheet no. __**2**__ of __**33**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **3,281.54** $ **3,281.54** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

B6E (Official Form 6E) (04/13) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                    Case No. _____
　　　　　　　　　　Debtor(s)                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ARACELIS M. OQUENDO RIVERA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 627.50 | 627.50 | |
| ACCOUNT NO. <br> **ARLEEN V. RIVERA RIJO** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 145.00 | 145.00 | |
| ACCOUNT NO. <br> **ARLENE MERCADO RIVERA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 160.00 | 160.00 | |
| ACCOUNT NO. <br> **BEATRIZ RUIZ SOSA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 420.50 | 420.50 | |
| ACCOUNT NO. <br> **BENITZA M. TRINIDAD VILLEGAS** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 500.25 | 500.25 | |
| ACCOUNT NO. <br> **BIANCA M. GARCES GREEN** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 355.25 | 355.25 | |

Sheet no. __3__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)　$ **2,208.50**　$ **2,208.50**　$

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)　$

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)　$　$

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BIANKA D. MERCADO DELGADO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 145.00 | 145.00 | |
| ACCOUNT NO.<br>**BLANCA I. VARGAS SANTOS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 72.50 | 72.50 | |
| ACCOUNT NO.<br>**BRENDA CASILLAS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 522.00 | 522.00 | |
| ACCOUNT NO.<br>**CARIDAD GAUTIER ESCALERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 548.17 | 548.17 | |
| ACCOUNT NO.<br>**CARLOS E. OBEN ABREU** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 449.50 | 449.50 | |
| ACCOUNT NO.<br>**CARLOS R CARDONA RODRIGUEZ** | | | | | | X | 743.13 | 743.13 | |

Sheet no. __4__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **2,480.30** $ **2,480.30** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $        $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                    Case No. _____
_____
Debtor(s)                                                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CARLOS R. ORTIZ GARCIA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 652.50 | 652.50 | |
| ACCOUNT NO.<br>**CARLOS ROSADO TORRES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 572.75 | 572.75 | |
| ACCOUNT NO.<br>**CARMEN CABALLERO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 503.88 | 503.88 | |
| ACCOUNT NO.<br>**CARMEN CINTRON ROLDAN** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 62.25 | 62.25 | |
| ACCOUNT NO.<br>**CAROLINA I. CANINO RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 72.50 | 72.50 | |
| ACCOUNT NO.<br>**CAROLYN J. FORTY CRUZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 72.50 | 72.50 | |

Sheet no. __5__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **1,936.38** $ **1,936.38** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)                                                    $                      $

B6E (Official Form 6E) (04/13) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CAROLYN OTERO RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **270.06** | **270.06** | |
| ACCOUNT NO.<br>**CHRISTIAN RODRIGUEZ DE JESUS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **145.00** | **145.00** | |
| ACCOUNT NO.<br>**CINDY M. CENTENO NEGRON** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **145.00** | **145.00** | |
| ACCOUNT NO.<br>**CLARIBEL DIAZ POLANCO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **72.50** | **72.50** | |
| ACCOUNT NO.<br>**CRISTOBAL I. FERNANDEZ RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **87.00** | **87.00** | |
| ACCOUNT NO.<br>**CRISTOBAL J. BENITEZ CRUZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **224.75** | **224.75** | |

Sheet no. **6** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **944.31** $ **944.31** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DAIRA M. NEGRON MATOS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **72.50** | **72.50** | |
| ACCOUNT NO.<br>**DAISY VILLANUEVA DIAZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **749.94** | **749.94** | |
| ACCOUNT NO.<br>**DALIA M. RAMOS PAGAN** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **72.50** | **72.50** | |
| ACCOUNT NO.<br>**DALIZZA VALDES GINORIO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **1,168.20** | **1,168.20** | |
| ACCOUNT NO.<br>**DANIEL MELENDEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **314.58** | **314.58** | |
| ACCOUNT NO.<br>**DARA A. CRUZ LLABRES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **188.50** | **188.50** | |

Sheet no. **7** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **2,566.22** | $ **2,566.22** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                   Case No. _____
                    Debtor(s)                                                                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>**Wages, salaries, and commissions**</u>

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DAVID ALVELO RAMOS** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 319.00 | 319.00 | |
| ACCOUNT NO.<br>**DEBORAH FIGUEROA SANCHEZ** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 72.50 | 72.50 | |
| ACCOUNT NO.<br>**DELIA GONZALEZ IRIZARRY** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 100.00 | 100.00 | |
| ACCOUNT NO.<br>**DORCA E. LOUBRIEL MALDONADO** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 183.06 | 183.06 | |
| ACCOUNT NO.<br>**EDUARDO A. PADRO ACEVEDO** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,096.20 | 1,096.20 | |
| ACCOUNT NO.<br>**EDWIN ORTIZ RIVERA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 174.00 | 174.00 | |

Sheet no. ___**8**___ of ___**33**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ 1,944.76 | $ 1,944.76 | $ |
|---|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) — Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                              Case No. _____
                    Debtor(s)                                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ELIZABETH J. PEREZ POMALES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **168.49** | **168.49** | |
| ACCOUNT NO.<br>**ESTEBAN J. PEREZ GONZALEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **108.75** | **108.75** | |
| ACCOUNT NO.<br>**FLAVIA RIVERA VELAZQUEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **120.00** | **120.00** | |
| ACCOUNT NO.<br>**FRANCES CARRASQUILLO ABREU** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **172.19** | **172.19** | |
| ACCOUNT NO.<br>**FRANCES J. APONTE NEGRON** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **217.50** | **217.50** | |
| ACCOUNT NO.<br>**FRANCISCO CEDRES DAVILA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **300.00** | **300.00** | |

Sheet no. **9** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **1,086.93** $ **1,086.93** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                    Case No. _____
_____                                              
                    Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **FRANCISCO J. DELGADO AROCHO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **551.00** | **551.00** | |
| ACCOUNT NO. <br> **FRANCISCO SANCHEZ TAMAREZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **254.19** | **254.19** | |
| ACCOUNT NO. <br> **GABRIEL REYES MUNOZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **548.90** | **548.90** | |
| ACCOUNT NO. <br> **GAMAR A. ANDINO GONZALEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **580.00** | **580.00** | |
| ACCOUNT NO. <br> **GIANCARLO SALDANA GOMEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **507.50** | **507.50** | |
| ACCOUNT NO. <br> **GINNETTE M. ROMAN CASTILLO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **145.00** | **145.00** | |

Sheet no. **10** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **2,586.59** | $ **2,586.59** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                          Case No. _____
            Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **GLENDALY CENTENO LUGO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 123.25 | 123.25 | |
| ACCOUNT NO. <br> **GLORIMAR ROSARIO ORTIZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 203.00 | 203.00 | |
| ACCOUNT NO. <br> **GRACE M. CRUZ RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 145.00 | 145.00 | |
| ACCOUNT NO. <br> **GRISELLYS HERNANDEZ NAVARRO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 224.75 | 224.75 | |
| ACCOUNT NO. <br> **HAROLD NAZARIO ROBLES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 560.00 | 560.00 | |
| ACCOUNT NO. <br> **HARRIET J. LOPEZ CINTRON** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 362.24 | 362.24 | |

Sheet no. **11** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ 1,618.24 | $ 1,618.24 | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

**IN RE** DIRECT RESPONSOURCE, INC.

Debtor(s)

Case No. _____

(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> HEBE PADRO PAGAN | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 945.47 | 945.47 | |
| ACCOUNT NO. <br> HECTOR L. DIAZ PINA | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 188.50 | 188.50 | |
| ACCOUNT NO. <br> HEIDI R. DEL VALLE RAMON | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 156.89 | 156.89 | |
| ACCOUNT NO. <br> IAMIL J. QUINONES RODRIGUEZ | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 72.50 | 72.50 | |
| ACCOUNT NO. <br> IRIS ECHAVARRIA RUIZ | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 275.50 | 275.50 | |
| ACCOUNT NO. <br> IVETTE Y. ORTIZ COLON | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 790.83 | 790.83 | |

Sheet no. **12** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,429.69** $ **2,429.69** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.**

                Debtor(s)

Case No. _____

         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **IVONNE COSME GUZMAN** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 482.13 | 482.13 | |
| ACCOUNT NO. <br> **JANERIS M. NIEVES RIVAS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 449.50 | 449.50 | |
| ACCOUNT NO. <br> **JANILIZ COLLAZO GARCIA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 72.50 | 72.50 | |
| ACCOUNT NO. <br> **JAVIER A. LUGO TERRERO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 531.14 | 531.14 | |
| ACCOUNT NO. <br> **JERICA A. TORRES ROSARIO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 329.88 | 329.88 | |
| ACCOUNT NO. <br> **JETZEL M. TOLEDO JIMENEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 145.00 | 145.00 | |

Sheet no. __**13**__ of __**33**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **2,010.15**   $ **2,010.15**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)      $     $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                    Case No. _____
_____
Debtor(s)                                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **JISELLE COLON VEGA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **217.50** | **217.50** | |
| ACCOUNT NO. <br> **JOANN FONTANEZ APONTE** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **732.25** | **732.25** | |
| ACCOUNT NO. <br> **JOHANA CASTRO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **416.00** | **416.00** | |
| ACCOUNT NO. <br> **JOHANA VAZQUEZ OQUENDO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **261.00** | **261.00** | |
| ACCOUNT NO. <br> **JOHANNA ROSARIO CLEMENTE** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **14.50** | **14.50** | |
| ACCOUNT NO. <br> **JOHN ARROYO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **2,450.99** | **2,450.99** | |

Sheet no. **14** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **4,092.24** | $ **4,092.24** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.** Case No. _____
                                        Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**JONATHAN ARRIETA CASTRO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **667.00** | **667.00** | |
| ACCOUNT NO.<br>**JORGE L. ORTIZ GARCIA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **100.00** | **100.00** | |
| ACCOUNT NO.<br>**JOSE E. NIEVES RODRIGUEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **1,038.90** | **1,038.90** | |
| ACCOUNT NO.<br>**JOSE J. ROBLES RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **761.25** | **761.25** | |
| ACCOUNT NO.<br>**JOSE ZAYAS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **915.12** | **915.12** | |
| ACCOUNT NO.<br>**JUAN A. DE LEON COLON** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **652.50** | **652.50** | |

Sheet no. **15** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **4,134.77** | $ **4,134.77** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** DIRECT RESPONSOURCE, INC.      Case No. _____
                    Debtor(s)                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **JUAN L. HERNANDEZ DIAZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **605.88** | **605.88** | |
| ACCOUNT NO. <br> **JULIANNA MARIN CABAN** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **348.00** | **348.00** | |
| ACCOUNT NO. <br> **JULIO A. AMPARO ORTA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **145.00** | **145.00** | |
| ACCOUNT NO. <br> **JUNIOR MAX CARRANZA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **2,319.57** | **2,319.57** | |
| ACCOUNT NO. <br> **KARLA M. MEDINA ORTEGA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **72.50** | **72.50** | |
| ACCOUNT NO. <br> **KEILA M. COLON NIEVES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **681.50** | **681.50** | |

Sheet no. **16** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **4,172.45** | $ **4,172.45** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.**
Debtor(s)                    Case No. _____
                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>KELY A. DELGADO RIVERA | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 275.50 | 275.50 | |
| ACCOUNT NO.<br>KENNIA TORRES ROS | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 188.50 | 188.50 | |
| ACCOUNT NO.<br>KHEYSHA A. MORALES FLORES | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 87.00 | 87.00 | |
| ACCOUNT NO.<br>LAURA CACERES MORAN | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,249.65 | 1,249.65 | |
| ACCOUNT NO.<br>LENARDO TORRES COLON | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 290.00 | 290.00 | |
| ACCOUNT NO.<br>LESLIE M. FIGUEROA ALEJANDRO | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 340.75 | 340.75 | |

Sheet no. __17__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **2,431.40**  $ **2,431.40**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.**
_____ Case No. _____
Debtor(s)                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. _(See Instructions above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**LILLIAM I. ROSADO MIRANDA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **333.50** | **333.50** | |
| ACCOUNT NO.<br>**LIZBETH OTERO DAVILA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **203.00** | **203.00** | |
| ACCOUNT NO.<br>**LIZMARIE MAISONET REYES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **703.25** | **703.25** | |
| ACCOUNT NO.<br>**LOURDES QUIRINDONGO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **302.40** | **302.40** | |
| ACCOUNT NO.<br>**LUIS A. ESCOBAR RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **217.50** | **217.50** | |
| ACCOUNT NO.<br>**LUIS A. FLORES RAMOS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **362.50** | **362.50** | |

Sheet no. __18__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **2,122.15** | $ **2,122.15** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.**          Case No. _____

                    Debtor(s)                                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**LUIS A. MELENDEZ TORRES** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 725.65 | 725.65 | |
| ACCOUNT NO.<br>**LUIS M. GONZALEZ TIRADO** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 605.88 | 605.88 | |
| ACCOUNT NO.<br>**LUZ W. CRUZ VELAZQUEZ** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 377.00 | 377.00 | |
| ACCOUNT NO.<br>**MANUEL A. CABASSA FERNANDEZ** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 145.00 | 145.00 | |
| ACCOUNT NO.<br>**MANUEL E. CASTRO CORDOVA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 72.50 | 72.50 | |
| ACCOUNT NO.<br>**MARANGELIE RAMOS VALERA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 246.50 | 246.50 | |

Sheet no. **19** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ **2,172.53** | $ **2,172.53** | $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) ¶ Cont.

**IN RE** DIRECT RESPONSOURCE, INC.                                      Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MARGARITA AYBAR INFANZON** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,538.40 | 1,538.40 | |
| ACCOUNT NO.<br>**MARIA C. DE JESUS IGLESIAS** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 797.50 | 797.50 | |
| ACCOUNT NO.<br>**MARIA D. ARREDONDO** | | | | | | X | 72.50 | 72.50 | |
| ACCOUNT NO.<br>**MARIA DEL C. AGOSTO COLLAZO** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 696.00 | 696.00 | |
| ACCOUNT NO.<br>**MARIANGELY VIERA BETANCOURT** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 445.88 | 445.88 | |
| ACCOUNT NO.<br>**MARIE E. RIOS PENA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 540.00 | 540.00 | |

Sheet no. __20__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 4,090.28 | $ 4,090.28 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                     Case No. _____
                                 Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **MARILYN SANCHEZ RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 363.88 | 363.88 | |
| ACCOUNT NO. **MARINES ROSADO FEBUS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 536.50 | 536.50 | |
| ACCOUNT NO. **MARISELA APONTE APONTE** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 72.50 | 72.50 | |
| ACCOUNT NO. **MARISOL ADAMES MERCADO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 145.00 | 145.00 | |
| ACCOUNT NO. **MARISOL VIVENES NOGUERAS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 249.94 | 249.94 | |
| ACCOUNT NO. **MAYRA A. MATOS RODRIGUEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 565.50 | 565.50 | |

Sheet no. __21__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **1,933.32**   $ **1,933.32**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                    Case No. _____
                Debtor(s)                                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MELISSA N. RODRIGUEZ OQUENDO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 72.50 | 72.50 | |
| ACCOUNT NO.<br>**MIGUEL F. VALDES BURGOS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 594.50 | 594.50 | |
| ACCOUNT NO.<br>**MILAGROS A. SANCHEZ DE REYES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 130.50 | 130.50 | |
| ACCOUNT NO.<br>**MILLIE PEREZ COLON** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 72.50 | 72.50 | |
| ACCOUNT NO.<br>**MIRIAM SELPA RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 277.31 | 277.31 | |
| ACCOUNT NO.<br>**MIRIEL BERMUDEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,670.24 | 1,670.24 | |

Sheet no. **22** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ 2,817.55 | $ 2,817.55 | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                     Case No. _____
_____
              Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **MIVIAN VILLEGAS VILLEGAS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **420.50** | **420.50** | |
| ACCOUNT NO. **MYLEISHKA M. CARMONA OSORIO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **600.00** | **600.00** | |
| ACCOUNT NO. **MYRICELIS MONGE LOPEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **217.50** | **217.50** | |
| ACCOUNT NO. **NADYA M. CRUZ GONZALEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **470.00** | **470.00** | |
| ACCOUNT NO. **NEREIDA MARQUEZ RODRIGUEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **472.00** | **472.00** | |
| ACCOUNT NO. **NICOL NIEVES RODRIGUEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **464.00** | **464.00** | |

Sheet no. __**23**__ of __**33**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,644.00** $ **2,644.00** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

**IN RE** DIRECT RESPONSOURCE, INC.

Debtor(s)          Case No. _____

(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

---

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NIDIA L. ZAYAS GONZALEZ | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 400.00 | 400.00 | |
| ACCOUNT NO.<br>ODALYS CANDELARIA ALVAREZ | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 133.62 | 133.62 | |
| ACCOUNT NO.<br>ODETTE N. MIRANDA CELORIO | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 217.50 | 217.50 | |
| ACCOUNT NO.<br>OMAR OJEDA COLLAZO | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 667.00 | 667.00 | |
| ACCOUNT NO.<br>ORLINDA ARCHILLA DIAZ | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 551.00 | 551.00 | |
| ACCOUNT NO.<br>PAULINA MORALES DE JESUS | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 338.94 | 338.94 | |

Sheet no. **24** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,308.06** $ **2,308.06** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6E (Official Form 6E) (04/13) – Cont.**

IN RE **DIRECT RESPONSOURCE, INC.**          Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RAMONA PEREZ ALERS | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 145.00 | 145.00 | |
| ACCOUNT NO.<br>REINIER GARCIA CUMBA | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 664.61 | 664.61 | |
| ACCOUNT NO.<br>RICARDO J. MARTINEZ BIRRIEL | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 145.00 | 145.00 | |
| ACCOUNT NO.<br>ROBERT CRUZ GERMOSEN | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 204.00 | 204.00 | |
| ACCOUNT NO.<br>ROBERTO M. MORALES SOTO | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 812.00 | 812.00 | |
| ACCOUNT NO.<br>ROCHELLE VALLE MACHADO | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 297.25 | 297.25 | |

Sheet no. __25__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **2,267.86**  $ **2,267.86**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.**         Case No. _____
        Debtor(s)                            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **RUTH E. CORTES RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 511.92 | 511.92 | |
| ACCOUNT NO. <br> **RUTH M. PARRILLA TORRES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 61.63 | 61.63 | |
| ACCOUNT NO. <br> **RUTH Y. RODRIGUEZ PILLICH** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 551.00 | 551.00 | |
| ACCOUNT NO. <br> **SANDRA G. JORGE MARTINEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 699.63 | 699.63 | |
| ACCOUNT NO. <br> **SANDRA ROHENA RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 876.24 | 876.24 | |
| ACCOUNT NO. <br> **SANDRA ROSARIO ADORNO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 204.81 | 204.81 | |

Sheet no. **26** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **2,905.23**   $ **2,905.23**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B6E (Official Form 6E) (04/13) 9 Cont.

IN RE **DIRECT RESPONSOURCE, INC.** _____ Case No. _____
Debtor(s)             (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **SANDRA V. CARDONA RIVERA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 435.00 | 435.00 | |
| ACCOUNT NO. **SANDY Y. FUENTES GONZALEZ** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 97.88 | 97.88 | |
| ACCOUNT NO. **SARIDA ROSARIO GAETAN** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 644.22 | 644.22 | |
| ACCOUNT NO. **SASHA M. MARTINEZ PEREZ** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 551.00 | 551.00 | |
| ACCOUNT NO. **SCARLETT M. REYNOSO HERNANDEZ** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 72.50 | 72.50 | |
| ACCOUNT NO. **SHEILA BALLARD WILLIAMS** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 188.50 | 188.50 | |

Sheet no. **27** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **1,989.10** $ **1,989.10** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                    Case No. _____

_____                          _____
Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

---

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SHEILA DELGADO HERNANDEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **348.00** | **348.00** | |
| ACCOUNT NO.<br>**SOL A. DIAZ RODRIGUEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **246.50** | **246.50** | |
| ACCOUNT NO.<br>**STEPHANIE RIVERA RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **380.00** | **380.00** | |
| ACCOUNT NO.<br>**SUSHEY SANCHEZ ADORNO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **188.50** | **188.50** | |
| ACCOUNT NO.<br>**SUSIBEL FIGUEROA MORALES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **775.75** | **775.75** | |
| ACCOUNT NO.<br>**VANESSA M. MELENDEZ GERMOSEN** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **203.00** | **203.00** | |

Sheet no. **28** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **2,141.75** | $ **2,141.75** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                           Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **VELDA RODRIGUEZ ALVARADO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **416.00** | **416.00** | |
| ACCOUNT NO. <br> **VICELIS SILVERIO HILARIO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **166.75** | **166.75** | |
| ACCOUNT NO. <br> **VICTOR A. BURGOS TORRES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **100.00** | **100.00** | |
| ACCOUNT NO. <br> **WANDA I. BAEZ ORTEGA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **222.80** | **222.80** | |
| ACCOUNT NO. <br> **WILLIAM A. VAZQUEZ MIRABAL** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **416.88** | **416.88** | |
| ACCOUNT NO. <br> **WILLIAM LOPEZ SANTIAGO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **1,333.93** | **1,333.93** | |

Sheet no. __**29**__ of __**33**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **2,656.36** | $ **2,656.36** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.**       Case No. _____

              Debtor(s)                                            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **WILLNERY PEREZ ROSARIO** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 72.50 | 72.50 | |
| ACCOUNT NO. <br> **WILMARI RODRIGUEZ VEGA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 72.50 | 72.50 | |
| ACCOUNT NO. <br> **WILSON E. TORRES MARRERO** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 145.00 | 145.00 | |
| ACCOUNT NO. <br> **XIOMARA ALGARIN RIVERA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 440.00 | 440.00 | |
| ACCOUNT NO. <br> **XIOMARA RIVERA BATISTA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 696.00 | 696.00 | |
| ACCOUNT NO. <br> **XIRENISSE T. ADORNO TERRON** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 72.50 | 72.50 | |

Sheet no. **30** of **33** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims    Subtotal    (Totals of this page)    $ **1,498.50**   $ **1,498.50**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                        Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **YAHILA G. TORRES VELAZQUEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **72.50** | **72.50** | |
| ACCOUNT NO. <br> **YAMILKA TORRALES DAVILA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **145.00** | **145.00** | |
| ACCOUNT NO. <br> **YAMIRA ENAMORADO RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **398.75** | **398.75** | |
| ACCOUNT NO. <br> **YARITZA BAEZ RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **508.66** | **508.66** | |
| ACCOUNT NO. <br> **YARLEY CANALES RODRIGUEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **290.00** | **290.00** | |
| ACCOUNT NO. <br> **YESHAIRA CRISTOBAL RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **290.00** | **290.00** | |

Sheet no. __**31**__ of __**33**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **1,704.91** $ **1,704.91** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) — Cont.

IN RE **DIRECT RESPONSOURCE, INC.**          Case No. _____

                Debtor(s)                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **YVETTE ISONA DE JESUS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 322.56 | 322.56 | |
| ACCOUNT NO. <br> Zahira Carrasquillo Rodriguez | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 282.75 | 282.75 | |
| ACCOUNT NO. <br> **ZULEIMA SULLIVAN REYES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 420.50 | 420.50 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __32__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **1,025.81** | $ **1,025.81** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                                         Case No. _____
                    Debtor(s)                                                           (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CRIM**<br>**PO BOX 195387**<br>**SAN JUAN, PR  00919-5387** | | | | | | | 126,296.00 | 126,296.00 | |
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVICE**<br>**Bankruptcy Divission**<br>**CITY VIEW PLAZA II Bldg. #48, CARR 165**<br>**GUAYNABO, PR  00968-8000** | | | | | | | 157,559.00 | 157,559.00 | |
| ACCOUNT NO.<br>**PUERTO RICO DEPARTMENT OF TREASURY**<br>**Bankruptcy Divission**<br>**PO BOX 9024140**<br>**SAN JUAN, PR  00902-4140** | | | | | | | 39,031.00 | 39,031.00 | |
| ACCOUNT NO.<br>**SAN JUAN MUNICIPALITY**<br>**P.O. Box 4355**<br>**SAN JUAN, PR  00901** | | | **MUNICIPAL BUSINESS VOLUME TAX** | | | | 24,728.00 | 24,728.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __33__ of __33__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **347,614.00** | $ **347,614.00** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **424,474.75**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **424,474.75** | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

**IN RE** **DIRECT RESPONSOURCE, INC.**                                   Case No. _____
                          Debtor(s)                                                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1787** <br><br> **ASPECT SOFTWARE CARIBBEAN, INC. CORPORATE OFFICE BLDG 33 SUITE 602 SAN JUAN, PR  00920-2707** | | | **COMPUTER SOFTWARE SERVICE** | | | | **35,517.00** |
| ACCOUNT NO. **7771** <br><br> **AT&T MOBILITY PO BOX 70261 SAN JUAN, PR  00936-8261** | | | **CELLULAR SERVICE** | | | | **86,955.00** |
| ACCOUNT NO. <br><br> **ATLANTIC FACILITIES SERVICES PO BOX 194673 SAN JUAN, PR  00919-4673** | | | | | | | **7,902.00** |
| ACCOUNT NO. **ious** <br><br> AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO PO BOX 70101 SAN JUAN, PR  00936-8101 | | | **Water and sewer utilities. Accounts: 21728961, 00021145329, 00021145285** | | | | **1,031.00** |
| **5** continuation sheets attached | | | Subtotal (Total of this page) | | | $ | **131,405.00** |
| | | | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.**                          Case No. _____
_____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ious** <br><br>**AUTORIDAD DE ENERGIA ELECTRICA BANKRUPTCY DIV. PO BOX 36358 SAN JUAN, PR 00936-3508** | | | Electricity utilities. Accounts 3969332000, 1404232000 | | | | 70,924.00 |
| ACCOUNT NO. **4487** <br><br>**BANCO POPULAR DE PR CREDIT CARD DIV PO BOX 363228 SAN JUAN, PR 00936-3228** | | | BLACK CARD MASTER CARD | | | | 5,320.00 |
| ACCOUNT NO. **6872** <br><br>**BANCO POPULAR DE PR CREDIT CARD DIV PO BOX 70100 SAN JUAN, PR 00936-2708** | | | VISA | | | | 217.00 |
| ACCOUNT NO. **able** <br><br>**BANCO POPULAR DE PR PO BOX 362708 SAN JUAN, PR 00936-2708** | | | | | | | 30,676.00 |
| ACCOUNT NO. <br><br>**BIRD, BIRD & HESTRESS PO BOX 9024040 SAN JUAN, PR 00902-4040** | | | ACCOUNTING SERVICES | | | | 4,950.00 |
| ACCOUNT NO. <br><br>**C2 TELEPHONE PO BOX 6750 BAYAMON, PR 00960-5750** | | | TELEPHONE SYSTEMS | | | | 2,560.00 |
| ACCOUNT NO. **1391** <br><br>**CREATIVE RESEARCH SYSTEMS 15 LONE OAK SUITE 2 PETALUMA, CA 94952** | | | RESEARCH SERVICES | | | | 500.00 |

Sheet no. ___**1**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **115,147.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **DIRECT RESPONSOURCE, INC.** _____  Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0002**<br>**DELTA DENTAL**<br>**METRO OFFICE PARK 14 CALLE 2 SUITE 200**<br>**GUAYNABO, PR  00968** | | | **DENTAL INSURANCE** | | | | 218.00 |
| ACCOUNT NO.<br>**DEPARTMENT FIRE EQUIPMENT**<br>**PO BOX 11633**<br>**SAN JUAN, PR  00910-2733** | | | **FIRE CONTROL SERVICES** | | | | 606.00 |
| ACCOUNT NO. **1247**<br>**DVS ANALYTICS INC.**<br>**17255 N 82CD SUITE 120**<br>**SCOTTSDALE, AZ  85255** | | | | | | | 2,348.00 |
| ACCOUNT NO. **0418**<br>**ELECTRIC SERVICE CORP.**<br>**PO BOX 191921**<br>**HATO REY, PR  00919-1921** | | | **ELECTRIC SERVICES** | | | | 2,616.00 |
| ACCOUNT NO.<br>**ELECTROSERVICIOS ESPECIALIZADOS**<br>**AVE ESCORIAL 354 CAPARRAHEIGHTS**<br>**SAN JUAN, PR  00920** | | | **ELECTRIC SERVICES** | | | | 613.00 |
| ACCOUNT NO.<br>**ELEVATOR SPECIALTY GROUP, INC.**<br>**PO BOX 19382**<br>**SAN JUAN, PR  00910-1382** | | | **ELEVATOR MAINTENANCE SERVICES** | | | | 1,100.00 |
| ACCOUNT NO. **4081**<br>**FEDERAL EXPRESS CORPORATION**<br>**PO BOX 371461**<br>**PITTSBURGH, PA  15250-7461** | | | **MAILING SERVICES** | | | | 20.00 |

Sheet no. **2** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,521.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **DIRECT RESPONSOURCE, INC.**                         Case No. _____
_____
                 Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **947**<br>**FIRE CONTROL CORPORATION**<br>**PO BOX 192076**<br>**SAN JUAN, PR 00919-2076** | | | **FIRE CONTROL SERVICES** | | | | 2,500.00 |
| ACCOUNT NO. **2140**<br>**HORWARTH VELEZ & CO.**<br>**100 CARRETERA 165 SUITE 410**<br>**GUAYNABO, PR 00968-8051** | | | **ACCOUNTING SERVICES** | | | | 29,750.00 |
| ACCOUNT NO.<br>**INTEGRADE NETWORK GROUP CORP.**<br>**PMB 896 AVE WINSTON CHURCHILL 138**<br>**SAN JUAN, PR 00926-6013** | | | | | | | 6,440.00 |
| ACCOUNT NO.<br>**JORGE DIAZ**<br>**PO BOX 191708**<br>**SAN JUAN, PR 00902-2392** | | | | | | | 990.00 |
| ACCOUNT NO. **A102**<br>**LOCK & SAFE SECURITY CONTROL**<br>**AVE PERIFERAL C1-11 CIUDAD UNIVERSITARIA**<br>**TRUJILLO ALTO, PR 00976** | | | **SECURITY SERVICES** | | | | 113.00 |
| ACCOUNT NO.<br>**LUIS A. ZAPATA FLORES**<br>**URB VILLAS DE CANDELERO 125 CALLE ZORZAL**<br>**HUMACAO, PR 00976** | | | | | | | 5,000.00 |
| ACCOUNT NO. **DRS**<br>**MDC PRODUCTOS DE LIMPIEZA**<br>**2070 CARR #2**<br>**BAYAMON, PR 00961-4369** | | | **MAINTENANCE SERVICES** | | | | 1,436.00 |

Sheet no. __**3**__ of __**5**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **46,229.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.**      Case No. _____

        Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0081**<br>**NEPTUNO MEDIA**<br>**PO BOX 191995**<br>**SAN JUAN, PR  00919-1995** | | | | | | | 3,490.00 |
| ACCOUNT NO.<br>**NEXTAR DIGICEL COMPANY**<br>**17 PONCE ST**<br>**SAN JUAN, PR  00917** | | | | | | | 16,544.00 |
| ACCOUNT NO.<br>**POSSIBLE NOW**<br>**4400 RIVER GREEN PARKWAY SUITE 100**<br>**DULUTH, GA  30096** | | | | | | | 1,925.00 |
| ACCOUNT NO.<br>**PUERTO RICO DEPARTMENT OF LABOR**<br>**Legal Division**<br>**PO BOX 195540**<br>**SAN JUAN, PR  00919-5540** | | | **UNEMPLOYMENT BENEFITS FOR EMPLOYEES** | | | | 210,645.00 |
| ACCOUNT NO. **ious**<br>**PUERTO RICO TELEPHONE COMPANY**<br>**PO BOX 71535**<br>**SAN JUAN, PR  00936-2048** | | | **TELEPHONE SERVICES. Accounts 717976235 / 717744951 / 713749981.** | | | | 2,970.00 |
| ACCOUNT NO. **O010**<br>**SECURITY GUARD AFFAIRS, CORP.**<br>**PO BOX 3512**<br>**CAROLINA, PR  00984** | | | **SECURITY SERVICES.** | | | | 94,142.00 |
| ACCOUNT NO. **0137**<br>**SOFTEK**<br>**650 MUNOZ RIVERA AVE SUITE 601**<br>**SAN JUAN, PR  00918** | | | | | | | 21,352.00 |

Sheet no. ____**4**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **351,068.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **DIRECT RESPONSOURCE, INC.** _____ Case No. _____
                               Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4100** <br><br> **SUPERDESTAPES** <br> **PO BOX 8487 FERNANDEZ JUNCOS STATION** <br> **SAN JUAN, PR 00910** | | | **MAINTENANCE SERVICES** | | | | **321.00** |
| ACCOUNT NO. **S001** <br><br> **TIME QUEST TECHNOLOGIES** <br> **GPO BOX 361079** <br> **SAN JUAN, PR 00936-8243** | | | | | | | **1,808.00** |
| ACCOUNT NO. **7999** <br><br> **TOSHIBA LEADING INNOVATION** <br> **PO BOX 70243** <br> **SAN JUAN, PR 00936-8243** | | | | | | | **1,143.00** |
| ACCOUNT NO. **7451** <br><br> **TRIPLE-S SALUD, INC.** <br> **PO BOX 363628** <br> **SAN JUAN, PR 00936-3628** | | | **HEALTH INSURANCE** | | | | **4,507.00** |
| ACCOUNT NO. **3438** <br><br> **WORLDNET TELECOMMUNICATIONS** <br> **PO BOX 70201** <br> **SAN JUAN, PR 00936-8201** | | | | | | | **128.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,907.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **659,277.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

IN RE **DIRECT RESPONSOURCE, INC.** _____   Case No. _____
                                   Debtor(s)                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **SOFTEK**<br>**650 MUNOZ RIVERA AVE SUITE 601**<br>**SAN JUAN, PR  00918** | **CONSULTING SERVICES**<br>**OBLIGATION ACQUIRED ON NOVEMBER 14, 2012 FOR A PERIOD OF 3 YEARS** |
| **LEASE OPTION COMPANY, INC.**<br>**355 BALAEARES ST**<br>**PUERTO NUEVO, PR  00920** | **PRINTER AND PHOTOCOPY LEASING**<br>**OBLIGATION ACQUIRED ON JANUARY 31, 2013** |
| **ASPECT SOFTWARE CARIBBEAN, INC.**<br>**CORPORATE OFFICE BLDG 33 SUITE 602**<br>**SAN JUAN, PR  00920-2707** | **SOFTWARE MAINTENANCE CONTRACT.**<br>**OBLIGATION ACQUIRED ON 2012, LAST RENEWED ON APRIL 2014** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE **DIRECT RESPONSOURCE, INC.**                    Case No. _____
_____
                    Debtor(s)                                                          (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **MANUEL CASIANO**<br>**PO BOX 12130**<br>**SAN JUAN, PR  00914** | **BANCO DE DESARROLLO ECONOMICO DE PR**<br>**PO BOX 2134**<br>**SAN JUAN, PR  00922-2134**<br><br>**BANCO DE DESARROLLO ECONOMICO DE PR**<br>**PO BOX 2134**<br>**SAN JUAN, PR  00922-2134**<br><br>**BANCO DE DESARROLLO ECONOMICO DE PR**<br>**PO BOX 2134**<br>**SAN JUAN, PR  00922-2134**<br><br>**BANCO DE DESARROLLO ECONOMICO DE PR**<br>**PO BOX 2134**<br>**SAN JUAN, PR  00922-2134** |
| **NORA A. CASIANO**<br>**PO BOX 12130**<br>**SAN JUAN, PR  00914-0130** | **BANCO DE DESARROLLO ECONOMICO DE PR**<br>**PO BOX 2134**<br>**SAN JUAN, PR  00922-2134**<br><br>**BANCO DE DESARROLLO ECONOMICO DE PR**<br>**PO BOX 2134**<br>**SAN JUAN, PR  00922-2134**<br><br>**BANCO DE DESARROLLO ECONOMICO DE PR**<br>**PO BOX 2134**<br>**SAN JUAN, PR  00922-2134**<br><br>**BANCO DE DESARROLLO ECONOMICO DE PR**<br>**PO BOX 2134**<br>**SAN JUAN, PR  00922-2134** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** DIRECT RESPONSOURCE, INC.                                    Case No. _____

                        Debtor(s)                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____
                                                                                    Debtor

Date: _____        Signature: _____
                                                                          (Joint Debtor, if any)
                                                          [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CHAIRMAN & CEO** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **DIRECT RESPONSOURCE, INC.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**52** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October  3, 2014** _____        Signature: ***/s/ MANUEL A. CASIANO ASENCIO***

                        **MANUEL A. CASIANO ASENCIO**
                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

## United States Bankruptcy Court
## District of Puerto Rico

IN RE:

**DIRECT RESPONSOURCE, INC.**

Debtor(s)

Case No. _____

Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| 8,910,811.00 | 2013 GROSS INCOME (FISCAL YEAR) |
| 11,277,185.00 | 2012 GROSS INCOME (FISCAL YEAR) |
| 6,064,643.00 | 2014 GROSS INCOME (FISCAL YEAR) |

---

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **ELECTRIC SERVICE CORP.** PO BOX 191921 HATO REY, PR 00919-1921 | **6/25/2014 - $107** **7/22/2014 - $107** | 214.00 | 2,616.00 |
| **JORGE DIAZ** PO BOX 191708 SAN JUAN, PR 00902-2392 | **6/25/2014 - $990.00** **7/2/2014 - $990.00** **7/11/2014 - $9635.94** **8/14/2014 - $990** | 12,605.94 | 990.00 |
| **LUIS A. ZAPATA FLORES** URB VILLAS DE CANDELERO 125 CALLE ZORZAL HUMACAO, PR 00976-0000 | **6/25/2014 - $500** **7/2/2014 - $500** **7/10/2014 - $500** **7/23/2014 - $500** | 2,000.00 | 5,000.00 |
| **NEPTUNO MEDIA** PO BOX 191995 SAN JUAN, PR 00919-1995 | **6/25/2014 - $1428.20** **7/10/2014 - $1395** **7/10/2014 - $100** **7/31/2014 - $1395** **9/5/2014 - $1395** | 5,713.20 | 3,490.00 |
| **PUERTO RICO TELEPHONE COMPANY** PO BOX 71535 SAN JUAN, PR 00936-2048 | **6/30/2014 - $2331.21** **7/24/2014 - $511.65** **7/24/2014 $160.30** **8/21/2014 - $125.52** **8/21/2014 - $511.10** **8/21/2014 - $2297.26** **9/11/2014 - $2297.26** | 8,234.30 | 2,970.00 |
| **C2 TELEPHONE** PO BOX 6750 BAYAMON, PR 00960-5750 | **7/2/2014** **7/23/2014** **8/7/2014** **9/4/2014** | 5,120.00 | 2,560.00 |
| **PUERTO RICO DEPARTMENT OF TREASURY** PO BOX 9024140 SAN JUAN, PR 00902-4140 | **7/2/2014 - 3909.39** **7/31/2014 - 100** **7/31/2014 - 19.20** **8/5/2014 - 3909.39** **9/4/2014 - 100** | 8,037.98 | 39,031.00 |
| **AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLAD** PO BOX 70101 SAN JUAN, PR 00936-8101 | **7/10/2014 - 134.58** **7/10/2014 - 1135.58** **9/18/2014 - $150.60** **9/18/2014 - $1025.42** | 2,446.18 | 1,031.00 |
| **AUTORIDAD DE ENERGIA ELECTRICA** **BANKRUPTCY DIV.** PO BOX 36358 SAN JUAN, PR 00936-3508 | **7/10/2014 - 10609.43** **7/23/2014 - 10563.90** **8/6/2014 - 10563.96** **8/6/2014 - 10.83** **8/6/2014 - 10.98** **8/29/2014 - 11055.80** | 42,814.90 | 70,924.00 |
| **FEDERAL EXPRESS CORPORATION** PO BOX 371461 PITTSBURG, PA 15250-7461 | **7/10/2014** **9/4/2014** | 240.19 | 20.00 |
| **SECURITY GUARD AFFAIRS, CORP.** PO BOX 3512 CAROLINA, PR 00984-0000 | **7/10/2014** **8/29/2014** | 8,077.00 | 94,142.00 |
| **AT&T MOBILITY PUERTO RICO** PO BOX 70261 SAN JUAN, PR 00936-8261 | **7/18/2014** **7/24/2014** **8/11/2014** | 83,361.12 | 86,955.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| | 8/14/2014 | | |
| | 9/11/2014 | | |
| DELTA DENTAL<br>METRO OFFICE PARK 14 CALLE 2 SUITE 200<br>GUAYNABO, PR  00968-0000 | 7/22/2014<br>9/11/2014 | 436.00 | 218.00 |
| POSSIBLE NOW<br>4400 RIVER GREEN PARKWAY SUITE 100<br>DULUTH, GA  30096-0000 | 7/23/2014 | 1,925.00 | 0.00 |
| SUPERDESTAPES<br>PO BOX 8487 FERNANDEZ JUNCOS STATION<br>SAN JUAN, PR  00910-0000 | 7/23/2014<br>7/31/2014 | 722.25 | 321.00 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR  00919-5387 | 7/29/2014<br>9/2/2014 | 8,710.06 | 126,296.00 |
| SAN JUAN MUNICIPALITY<br>P.O. Box 4355<br>SAN JUAN, PR  00901-0000 | 7/29/2014 | 1,388.22 | 24,728.00 |
| ELECTROSERVICIOS ESPECIALIZADOS<br>AVE ESCORIAL 354 CAPARRAHEIGHTS<br>SAN JUAN, PR  00920-0000 | 7/31/2014<br>9/18/2014 | 459.03 | 613.00 |
| ELEVATOR SPECIALTY GROUP, INC.<br>PO BOX 19382<br>SAN JUAN, PR  00910-1382 | 7/31/2014<br>9/11/2014 | 400.00 | 1,100.00 |
| FIRE CONTROL CORPORATION<br>PO BOX 192076<br>SAN JUAN, PR  00919-2076 | 7/31/2014<br>9/11/2014 | 1,000.00 | 2,500.00 |
| INTEGRADE NETWORK GROUP CORP.<br>PMB 896 AVE WINSTON CHURCHIL 138<br>SAN JUAN, PR  00926-6013 | 7/31/2014<br>9/18/2014 | 1,715.00 | 6,440.00 |
| MDC PRODUCTOS DE LIMPIEZA<br>2070 CARR #2<br>BAYAMON, PR  00961-4369 | 7/31/2014<br>8/28/2014<br>9/11/2014 | 2,301.36 | 1,436.00 |
| NEXTAR DIGICEL COMPANY<br>17 PONCE ST<br>SAN JUAN, PR  00917-0000 | 7/31/2014<br>8/21/2014<br>9/11/2014 | 3,000.00 | 16,544.00 |
| WORLDNET TELECOMMUNICATIONS<br>PO BOX 70201<br>SAN JUAN, PR  00936-8201 | 7/31/2014<br>9/11/2014 | 357.89 | 128.00 |
| POSSIBLE NOW<br>4400 RIVER GREEN PARKWAY SUITE 100<br>DULUTH, GA  30096-0000 | 8/7/2014<br>9/4/2014 | 3,850.00 | 1,925.00 |
| TRIPLE-S SALUD, INC.<br>PO BOX 363628<br>SAN JUAN, PR  00936-3628 | 8/8/2014 | 4,398.30 | 4,507.00 |
| LOCK & SAFE SECURITY CONTROL<br>AVE PERIFERAL C1-11 CIUDAD UNIVERSITARIA<br>TRUJILLO ALTO, PR  00976-0000 | 8/21/14<br>9/11/2014 | 251.45 | 0.00 |
| OLIVER EXTERMINATING<br>PO BOX 363888<br>SAN JUAN, PR  00936-3888 | 9/11/2014 | 271.78 | 0.00 |

None  ☑  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **AFS MANAGEMENT GROUP INC. H/N/C ATLANTIC FACILITY SERVICES V. CASIANO COMMUNICATIONS H/N/C DIRECT RESPONSESOURCE, INC. CASE NUMBER KCM 2014-2994** | **Collection of money** | **San Juan Superior Court** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **BANCO POPULAR DE PR**<br>**PO BOX 363228**<br>**SAN JUAN, PR  00936-3228** | **Flexi-cuenta #022-063137** | **date of closing: May 5, 2014**<br>**$0.00 balance** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None   a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates
☑ of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the
☑ keeping of books of account and records of the debtor.

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account
☐ and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **HORWARTH VELEZ & CO.** | **FY 2013-2014** |
| **100 CARRETERA 165 SUITE 410** | **FY 2012-2013** |
| **GUAYNABO, PR  00968-8051** | **JUNE 7, 2013** |
| | **JUNE 15, 2012** |

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☐ debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**KAREN M. GARCIA GARCIA, CPA**
**1 PANORAMA PLAZA SUITE 1112**
**SAN JUAN, PR  00926**

**KAREN NOLLA, CPA**
**425 CARR 693 PMB 204**
**DORADO, PR  00646-4802**

None   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by
☐ the debtor within the **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **BANCO DE DESARROLLO ECONOMICO DE PR** | |
| **PO BOX 2134** | |
| **SAN JUAN, PR  00922-2134** | |
| **ORIENTAL BANK** | |
| **PO BOX 195115** | |
| **SAN JUAN, PR  00919-5115** | |

**20. Inventories**

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☑ dollar amount and basis of each inventory.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **CASIANO COMMUNICATIONS**<br>**PO BOX 12130**<br>**SAN JUAN, PR  00914-0130** | | **100% OWNERSHIP** |

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October  3, 2014**          Signature: */s/ MANUEL A. CASIANO ASENCIO*

**MANUEL A. CASIANO ASENCIO, CHAIRMAN & CEO**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                    Case No. _____

**DIRECT RESPONSOURCE, INC.** _____   Chapter **11** _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................................ $   **325.00/hr**

    Prior to the filing of this statement I have received ............................................. $   **15,000.00**

    Balance Due ............................................................................ $ _____

2.  The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:   ☑ Debtor   ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.   [Other provisions as needed]
    **$1,717.00 WERE RECEIVED FROM DEBTOR FOR BAKRUPTCY FILING FEES**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

_____       **October  3, 2014**          **/s/ Gerardo A. Carlo Altieri**   _____
                    Date                          **Gerardo A. Carlo Altieri 112009**
                                                  **G.A. Carlo-Altieri & Associates**
                                                  **254 Calle De San Jose, Third Floor**
                                                  **San Juan, PR  00901**
                                                  **(787) 919-0026  Fax: (787) 919-0527**
                                                  **gaclegal@gmail.com**

FB 201A (Form 201A) (06/14)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

Form B 201A, Notice to Consumer Debtor(s)                                                                          Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

      Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

      <u>**Chapter 13**</u>**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

      Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

      <u>**Chapter 11**</u>**: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

      <u>**Chapter 12**</u>**: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>**

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                        Case No. _____

**DIRECT RESPONSOURCE, INC.** _____   Chapter **11** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **October  3, 2014** _____   Signature: **/s/ MANUEL A. CASIANO ASENCIO**
                                    **MANUEL A. CASIANO ASENCIO, CHAIRMAN & CEO**        Debtor


Date: _____   Signature: _____
                                                                    Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**DIRECT RESPONSOURCE, INC.**
PO BOX 12130
SAN JUAN, PR  00914-0130

**BANCO POPULAR DE PR**
PO BOX 362708
SAN JUAN, PR  00936-2708

**ELEVATOR SPECIALTY GROUP, INC.**
PO BOX 19382
SAN JUAN, PR  00910-1382

**G.A. Carlo-Altieri & Associates**
254 Calle De San Jose, Third Floor
San Juan, PR  00901

**BIRD, BIRD & HESTRESS**
PO BOX 9024040
SAN JUAN, PR  00902-4040

**FEDERAL EXPRESS CORPORATION**
PO BOX 371461
PITTSBURGH, PA  15250-7461

**ASPECT SOFTWARE CARIBBEAN, INC.**
CORPORATE OFFICE BLDG 33 SUITE 602
SAN JUAN, PR  00920-2707

**C2 TELEPHONE**
PO BOX 6750
BAYAMON, PR  00960-5750

**FIRE CONTROL CORPORATION**
PO BOX 192076
SAN JUAN, PR  00919-2076

**AT&T MOBILITY**
PO BOX 70261
SAN JUAN, PR  00936-8261

**CREATIVE RESEARCH SYSTEMS**
15 LONE OAK SUITE 2
PETALUMA, CA  94952

**HORWARTH VELEZ & CO.**
100 CARRETERA 165 SUITE 410
GUAYNABO, PR  00968-8051

**ATLANTIC FACILITIES SERVICES**
PO BOX 194673
SAN JUAN, PR  00919-4673

**CRIM**
PO BOX 195387
SAN JUAN, PR  00919-5387

**INTEGRADE NETWORK GROUP CORP.**
PMB 896 AVE WINSTON CHURCHILL 138
SAN JUAN, PR  00926-6013

**AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO**
PO BOX 70101
SAN JUAN, PR  00936-8101

**DELTA DENTAL**
METRO OFFICE PARK 14 CALLE 2 SUITE 200
GUAYNABO, PR  00968

**INTERNAL REVENUE SERVICE**
Bankruptcy Divission
CITY VIEW PLAZA II Bldg. #48, CARR 165
GUAYNABO, PR  00968-8000

**AUTORIDAD DE ENERGIA ELECTRICA BANKRUPTCY DIV.**
PO BOX 36358
SAN JUAN, PR  00936-3508

**DEPARTMENT FIRE EQUIPMENT**
PO BOX 11633
SAN JUAN, PR  00910-2733

**JORGE DIAZ**
PO BOX 191708
SAN JUAN, PR  00902-2392

**BANCO DE DESARROLLO ECONOMICO DE PR**
PO BOX 2134
SAN JUAN, PR  00922-2134

**DVS ANALYTICS INC.**
17255 N 82CD SUITE 120
SCOTTSDALE, AZ  85255

**LEASE OPTION COMPANY, INC.**
355 BALAEARES ST
PUERTO NUEVO, PR  00920

**BANCO POPULAR DE PR**
CREDIT CARD DIV
PO BOX 363228
SAN JUAN, PR  00936-3228

**ELECTRIC SERVICE CORP.**
PO BOX 191921
HATO REY, PR  00919-1921

**LOCK & SAFE SECURITY CONTROL**
AVE PERIFERAL C1-11 CIUDAD UNIVERSITARIA
TRUJILLO ALTO, PR  00976

**BANCO POPULAR DE PR**
CREDIT CARD DIV
PO BOX 70100
SAN JUAN, PR  00936-2708

**ELECTROSERVICIOS ESPECIALIZADOS**
AVE ESCORIAL 354 CAPARRAHEIGHTS
SAN JUAN, PR  00920

**LUIS A. ZAPATA FLORES**
URB VILLAS DE CANDELERO 125 CALLE ZORZAL
HUMACAO, PR  00976

**MDC PRODUCTOS DE LIMPIEZA**
**2070 CARR #2**
**BAYAMON, PR  00961-4369**

**SUPERDESTAPES**
**PO BOX 8487 FERNANDEZ JUNCOS**
**STATION**
**SAN JUAN, PR  00910**

**NEPTUNO MEDIA**
**PO BOX 191995**
**SAN JUAN, PR  00919-1995**

**TIME QUEST TECHNOLOGIES**
**GPO BOX 361079**
**SAN JUAN, PR  00936-8243**

**NEXTAR DIGICEL COMPANY**
**17 PONCE ST**
**SAN JUAN, PR  00917**

**TOSHIBA LEADING INNOVATION**
**PO BOX 70243**
**SAN JUAN, PR  00936-8243**

**POSSIBLE NOW**
**4400 RIVER GREEN PARKWAY SUITE 100**
**DULUTH, GA  30096**

**TRIPLE-S SALUD, INC.**
**PO BOX 363628**
**SAN JUAN, PR  00936-3628**

**PUERTO RICO DEPARTMENT OF LABOR**
**Legal Division**
**PO BOX 195540**
**SAN JUAN, PR  00919-5540**

**WORLDNET TELECOMMUNICATIONS**
**PO BOX 70201**
**SAN JUAN, PR  00936-8201**

**PUERTO RICO DEPARTMENT OF**
**TREASURY**
**Bankruptcy Division**
**PO BOX 9024140**
**SAN JUAN, PR  00902-4140**

**PUERTO RICO TELEPHONE COMPANY**
**PO BOX 71535**
**SAN JUAN, PR  00936-2048**

**SAN JUAN MUNICIPALITY**
**P.O. Box 4355**
**SAN JUAN, PR  00901**

**SECURITY GUARD AFFAIRS, CORP.**
**PO BOX 3512**
**CAROLINA, PR  00984**

**SOFTEK**
**650 MUNOZ RIVERA AVE SUITE 601**
**SAN JUAN, PR  00918**

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:

Case No. _____

**DIRECT RESPONSOURCE, INC.**

Chapter **11** _____

Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:
_____

_____

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**DIRECT RESPONSOURCE, INC.** _____
Printed Name(s) of Debtor(s)

**X** */s/ MANUEL A. CASIANO ASENCIO*          10/03/2014
      Signature of Debtor                              Date

Case No. (if known) _____

**X** _____
      Signature of Joint Debtor (if any)               Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only